# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alonzo J. Graham,

      Plaintiff,

v.

Paul Schnell, Commissioner of Corrections; Amy Longworthy; Hai Malon; Wittiner; Gary Peterson; J. Oetterer; Kenneth Peterson; Erik Rasmussen; Ashlee Berts; Jessie Pugh; Vicki Janssen; Adam Booth; Nate Bartz; Stephen Craane; Jessica Olsen; Thanh Weeks; Anne Njenga; Lisa Stenseth; White; Justin Jense; Stephanie Huppert; Buchanan; Heather Sletten; J. Barnes; Tracee Scherer; Olsen; Jacquelyn Chard; Watrin; Katherine Sitzman; Binger; Victor Wanchena; Eddie Miles; M. Robbins; Vang; Halfacre; Tina Sneen; Tawney Kramear; Racheal Orvis; Brandon Mariakis; Brandon Tatum; Bernadette Kingsbury; Eric Melby; Becky Gross; Niles; Chandler; Hailand; Thielein; Chris Dodge; Brad Steele; David Schmitt; Fiona Ruthvenn; Brian Kajewski, Dr.; Linzy Meyer; Mark Koderick; Daryl Goebel; Dan Cooley; Randy Erdman; Jonathan Peterson; Timothy Hansen; Joshua Fike; Berry Lund; Terry Hand; Jami Doeden; White; Huckell; Christian Dobratz; Centurion of Minnesota; B. Worrel; A. Bongaarts; Theresa Katzmark; Nicole Steiner; Amy Johnson; Becker; Denning; Michelle Saari; and Tom Soles, in their official and individual capacities,

      Defendants.

Case No. 25-cv-4798 (JWB/DJF)

# ORDER

---

# ORDER

This matter is before the Court on Plaintiff's *Motion for Leave to Amend Complaint* ("Motion") (ECF No. 44). In light of the Court's Report and Recommendation ("R&R") (ECF

No. 39) recommending that this matter be dismissed without prejudice, Plaintiff seeks leave to file an amended complaint purporting to fix the issues identified by the R&R. However, the fixes Plaintiff identifies in his Motion do not resolve the core issues cited in the R&R under Federal Rules of Civil Procedure Rule 8(a)(2) and 20(a)(2). Furthermore, motions for leave to amend must be accompanied by a copy of the proposed amended complaint. *See* D. Minn. L.R. 15.1(a). Plaintiff has failed to attach a proposed amended complaint to his Motion, and the Motion must be denied on that basis alone. For these reasons, Plaintiff's *Motion for Leave to Amend Complaint* (ECF No. 44) is **DENIED**.

**SO ORDERED.**

Dated: August 7, 2026

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

2