**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Alonzo J. Graham,

Plaintiff,

v.

Paul Schnell, *Commissioner of Corrections – in their official and individual capacities*; Amy Longworthy, *in their official and individual capacities*; Hai Melon, *in their official and individual capacities*; Kenneth Peterson, *in their official and individual capacities*; Erik Rasmussen, *in their official and individual capacities*; Ashlee Berts, *in their official and individual capacities*; Jessie Pugh, *in their official and individual capacities*; Adam Booth, *in their official and individual capacities*; Nate Bartz, *in their official and individual capacities*; Stephen Craane, *in their official and individual capacities*; Thanh Weeks, *in their official and individual capacities*; Lisa Stenseth, *in their official and individual capacities*; Justin Jensen, *in their official and individual capacities*; Stephanie Huppert, *in their official and individual capacities*; Buchanan, *in their official and individual capacities*; Heather Sletten, *in their official and individual capacities*; J. Barnes, *in their official and individual capacities*; Olsen, *in their official and individual capacities*; Jacquelyn Chard, *in their official and individual capacities*; Watrin, *in their official and individual capacities*; Katherine Sitzman, *in their official and individual capacities*; Binger, Victor Wanchena, *in their official and individual capacities*; Racheal Orvis, *in their official and individual capacities*; Brandon Mariakis, *in their official and individual*

Civ No. 25-4798 (JWB/DJF)

**ORDER GRANTING APPLICATION**

*capacities*; Brandon Tatum, Bernadette Kingsbury, *in their official and individual capacities*; Becky Gross, *in their official and individual capacities*; Thielein, *in their official and individual capacities*; Linzy Meyer, *in their official and individual capacities*; Daryl Goebel, Jonathan Peterson, *in their official and individual capacities*; Joshua Fike, Sgt. Kunze, *in their official and individual capacities*; Lt. Bradly Steele, *in their official and individual capacities*; R. Erdman, *in their official and individual capacities*; and Sgt J. Hayes *in their official and individual capacities*,

Defendants.

---

Alonzo J. Graham, *pro se*.

---

Plaintiff Alonzo J. Graham seeks leave to proceed *in forma pauperis* ("IFP") on appeal. (Doc. No. 64). Having reviewed his application, the Court finds that Mr. Graham lacks the financial resources to pay the appellate filing fee and that his appeal is taken in good faith. *See* 28 U.S.C. § 1915(a)(3). His application will therefore be granted.

Because Mr. Graham is a prisoner, however, he remains responsible for the full $605 appellate filing fee, which may be paid in installments. 28 U.S.C. § 1915(b), (h). Section 28 U.S.C. § 1915(b)(1) requires an initial partial payment equal to 20 percent of the greater of his average monthly deposits or average monthly account balance during the six months preceding his appeal. The remaining balance is then collected in installments under § 1915(b)(2).

The financial certificate accompanying Mr. Graham's application reports average monthly deposits of $148.84. (Doc. No. 64 at 6.) Although the certificate refers to an attached statement for his average monthly balance, no such statement was provided. The omission does not require delaying his application. When complete financial information is unavailable, the Eighth Circuit permits an initial partial filing fee of $35 or another reasonable amount based on the information available. *Henderson v. Norris*, 129 F.3d 481, 485 (8th Cir. 1997) (per curiam).

Here, the certified deposit information provides a reasonable basis for calculating the initial payment. 20 percent of $148.84 is $29.77. Although the missing statement leaves Mr. Graham's average monthly balance uncertain, the certificate reports a balance of only $12.63 on the date it was completed. (Doc. No. 64 at 6.) Nothing presently suggests that his average monthly balance exceeded his average deposits. And in any event, a higher average balance would affect only the timing of his payments, not his obligation to pay the full appellate filing fee. The initial partial filing fee will therefore be set at $29.77, with the remaining $575.23 payable in installments under § 1915(b)(2).

**ORDER**

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS ORDERED** that:

1. Plaintiff Alonzo J. Graham's Application to Proceed *in forma pauperis* on Appeal (Doc. No. 64) is **GRANTED**.

2. Mr. Graham must pay an initial partial appellate filing fee of $29.77, with the remaining $575.23 to be collected in accordance with 28 U.S.C. § 1915(b)(2).

3. Questions concerning payment of the initial partial appellate filing fee may be directed to the Clerk's Office at 314-244-2400.

Dated: November 23, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge